# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131226

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

QUANTITY OF COCAINE, et al,
       Defendant,

and

JAMES ROY SYLVESTER, JR.,
       Claimant-Appellant.

SC: 131226
COA: 268618
Saginaw CC: 03-900003-CF

_____/

      On order of the Court, the application for leave to appeal the March 16, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

l0821